*E-Filed 04/26/2010*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAROLYN R. SANFORD, | No. C 10-00447 RS |
| Plaintiff, | |
| v. | **ORDER RE: TELEPHONIC CASE MANAGEMENT CONFERENCE** |
| LANDMARK PROTECTION INC., | |
| Defendant. | |

At the request of the defendant, the Case Management Conference scheduled in the instant case for May 06, 2010 **shall be conducted by telephone**. The Conference shall take place at **9:30 a.m.** Roger Mason, attorney for defendant, shall be responsible for conferencing in the plaintiff and, once all parties are connected by telephone, contacting Chambers at 415/522-4120.

**IT IS SO ORDERED.**

Dated: 04/26/2010

_____
RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE

**THIS IS TO CERTIFY THAT NOTICE OF THIS DOCUMENT WAS ELECTRONICALLY PROVIDED\* TO:**

Roger Mark Mason                              rmason@smwb.com, chilton@smwb.com

**AND A HARD COPY OF THIS ORDER WAS MAILED TO:**

**Carolyn R. Sanford**
4432 Wall Avenue
Richmond, CA 94804
510-442-0503

DATED:  04/26/2010

/s/ Chambers Staff
Chambers of Judge Richard Seeborg

\* Counsel are responsible for distributing copies of this document to any co-counsel who have not registered with the Court's electronic filing system.